# Exhibit 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| KEE FIREARMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2023 M1 500425 |
| | ) |
| MJS FIREARMS, L.L.C., MYCHAEL P. WALLER, SR., and PATRICE FLAGG-WALLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This Cause coming to be heard on Status, due notice given with this Court being fully advised:

**IT IS HEREBY ORDERED:**

1. The Court Hereby Orders the pending subpoena to the Bureau of Alcohol, Tobacco & Firearms (ATF) in this matter to be complied with no later than February 13, 2026.

ENTERED:
Judge Maryam Ahmad
DEC 30 2025
JUDGE
Circuit Court – 2137

PREPARED BY:
Alexander Michael
Law Office of Alexander Michael
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
AMichaellaw1@gmail.com
773-732-1896

Subpoena in a Civil Matter (For Testimony and/or Documents)      (12/01/24) CCG 0106 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Kee Firearms

                                    Plaintiff/Petitioner

                v.               Case No. 20231500425

MJS Firearms, et. al.

                              Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
### (For Testimony and/or Documents)

To: Bureau of Alcohol, Tobbaco, and Firearms
175 W Jackson Blvd#1500 Chicago, IL 60604

1. ☐ YOU ARE COMMANDED to appear to give your testimony before the

    Honorable _____ in Room _____,

    _____, Illinois on _____

    at _____ ☐ AM ☐ PM

2. ☐ YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public

    at: _____ in Room _____,

    _____, Illinois on _____

    at ____10____ ● AM ☐ PM

3. YOU ARE COMMANDED to mail the following documents in your possession or control

    to Alexander Michael at 12413 S Harlem Ave #203 Palos Heights, IL 60463,

    on or before 6/9/25 at 5 ☐ AM ● PM
    (THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):

    See attached rider

    ☐ Description continued on attached page(s).

**Your failure to respond to this subpoena will subject you to punishment for contempt of this Court.**

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

Subpoena in a Civil Matter (For Testimony and/or Documents)      (12/01/24) CCG 0106 B

Notice to Deponent:

1. ☐ The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows:

    ☐ Description continued on attached page(s).
    (A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

2. ☐ The deponent's testimony will be recorded by use of an audio-visual recording device, operated

    by _____ .
    (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

● Atty. No.: 49239
○ Pro Se 99500

Name: Alexander Michael
Atty. for (if applicable): _____

Issued by: /s/ Alexander Michael
                 Signature
     ● Attorney    ○ Clerk of Court

Address: 12413 S Harlem Ave #203
City: Palos Heights

Date: 2/18/25

State: IL    Zip: 60463
Telephone: 708 923 0368
Primary Email: AMICHAELLAW1@GMAIL.COM

☑ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a) (2),

to Bureau of Alcohol, Tobacco & Firearms by certified mail, return receipt requested

(Receipt # _____) on 2/18/25 . I paid the witness $ 30.00 for witness and mileage fees.

☐ I served this subpoena by handing a copy to _____

on _____ . I paid the witness $ _____ for witness and mileage fees.

/s/ Alexander Michael                  Alexander Michael
     (Signature of Server)                   (Print Name)

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 2

## RIDER

All documents and records in your possessions related to MJS Firearms, including but not limited to MJS Firearms records of sales/bill of sales, records of transactions, lists/inventory of firearms/guns, all records of communications, accounting and financial records, licenses, applications, business records and any other records in your possession relating to MJS Firearms.

**Libby, Jason A. (ATF)**

**From:** Alex Michael <amichaellaw1@gmail.com>
**Sent:** Monday, March 24, 2025 4:54 PM
**To:** Libby, Jason A. (ATF)
**Subject:** [EXTERNAL] Re: Subpoena related to Kee Firearms v. MJS Firearms 20231500425

Mr. Libby,

Pursuant to your call last week regarding itemizing the firearms seized from Freddy's relating to my client here is the list as you requested. Let me know if you need anything else.

Cabot Nero Commander SN # CGC1651
Alchemy Prime Classics SN# ACW1241
Nighthawk Custom VIP SN# NCP39596
Nighthawk Custom VIP SN# NCP38520
Nighthawk Bob Marvel SN# NCP39763
Sig Sauer MCX SN# 63J016458
Smith & Wesson 460 Performance Center XVR 460 SN# DRX2984

On Wed, Mar 5, 2025 at 1:02 PM Alex Michael <amichaellaw1@gmail.com> wrote:
Mr. Libby,

I apologize for the delay. Pursuant to our conversation last week related to the subpoena issued to ATF regarding the Touhy regulations this email shall constitute the relevancy statement to the proceeding.

Kee Firearms is suing MJS Firearms on a breach of contract wherein MJS had agreed to sell certain firearms that belonged to Kee in exchange for MJS keeping a portion of the proceeds from the sale. MJS gave certain firearms from that deal with Kee Firearms to Freddie Bear Sports. Presumably MJS made a similar deal with Freddie Bear, although we don't know for sure. MJS is now denying any liability to Kee. It is now our understanding that ATF has seized weapons from Freddie Bear and we believe included in those weapons seized were the Firearms that originally belonged to Kee. We are ideally looking for records related to those firearms to see what was taken from Freddie Bear, confirm that our firearms are there, what if any records ATF recovered relevant to these firearms and in the future determine the possibility of retrieving these firearms.

Please let me know if you need anything further. Thank you.

--
Thank you,

*Alexander A. Michael*

*Ettinger and Associates*
12413 S. Harlem Ave.
Suite 203
Palos Heights, IL 60463

1